REMAND/JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-551-GW(SSx) | Date | March 18, 2015 |
|---|---|---|---|
| Title | *Andrea J. Martinez v. Home Depot U.S.A., Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    COURT ORDER**

The Court REMANDS the above-entitled action to the County of Los Angeles Superior Court for lack of subject matter jurisdiction as to CAFA, as stated in the Court's Minute Order filed February 19, 2015, and in Defendant's Notice of Non-Opposition re Order to Show Cause, filed February 23, 2015.

The Scheduling Conference set for March 19, 2015 is VACATED and TAKEN OFF-CALENDAR.

:

Initials of Preparer    JG